AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSHUA ASSERAF | ) | Case No.   16-6383-SNOW |
| | ) | |
| | ) | |
| | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 8/24/2016-8/29/2016 _____ in the county of _____ Broward _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2422(b) | using any facility and means of interstate commerce, that is, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Fowler, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  8/30/16

_____
*Judge's signature*

City and state:  _____ Fort Lauderdale, Florida _____

Lurana S. Snow , United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

Your affiant is Matthew Fowler, a Special Agent with the Federal Bureau of Investigation (FBI), who, being duly sworn, deposes and states as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2009.  I am currently assigned to the Miami Field Office Innocent Images National Initiative, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors including minor sex trafficking and child pornography violations.  I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants.  I have conducted and assisted in several child exploitation investigations, and have executed search warrants that have led to seizures of child pornography and undercover operations to recover juvenile victims of child prostitution.

2.     The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause and as such, does not include everything I know about the investigation.

3.     This affidavit is submitted in support of a Criminal Complaint charging JOSHUA ASSERAF, (hereinafter referred to as "ASSERAF") with knowingly using a means of interstate or foreign commerce, to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years to engage in any sexual activity for which a person can be charged with a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

## BACKGROUND OF THE INVESTIGATION

4.      On August 24, 2016, a law enforcement officer acting in an undercover capacity as an undercover employee (Hereinafter referred to as "UCE") posted an advertisement on a public messaging board.  The advertisement used language that is commonly associated with individuals seeking children for sexual purposes.  The advertisement listed a texting application with a user name for the UCE so that individuals could contact the UCE.

5.      On August 24, 2015, at approximately 2:47 PM, the UCE received a message on the texting application that an individual had read his Ad. The message was from user name "Soflo_finest" and the texting application displayed the user as "Logan S".  The UCE replied to message at approximately 2:49 PM, "Yeah".

6.      The UCE and user "Logan S" (hereinafter referred to as "LOGAN") began exchanging text messages using the texting application.  They discussed the UCE having a daughter that was 9 years of age.  They also had conversations about how the UCE was sexually active with his daughter and had been since she was 2 years of age.  LOGAN inquired if the UCE ever shared his daughter with anyone else.  LOGAN expressed an interest in meeting up to engage in sexual activities with the UCE's daughter.  LOGAN requested a photograph of the 9 year old.  The UCE then sent a photo and represented to LOGAN that it was a photo of his 9 year old daughter.  LOGAN detailed to the UCE the sexual acts he would like to perform with the UCE's daughter.  The UCE expressed concern that LOGAN can't hurt her and has to go slow.  LOGAN indicated to the UCE that he had been involved sexually with a 12 year old juvenile in the past, "I've had a 12y Virgin before was amazing".

7.      The UCE indicated to LOGAN that they had to make sure his daughter was okay with being sexually active with LOGAN.

UCE:        Have to make sure she is cool with it

LOGAN:     Of course yea

LOGAN:     When can you ask her?

UCE:     You want to ask her

UCE:     She does home school at her moms

LOGAN:     Yea I can do that She knows the word pussy and all that?

UCE:     Yes

UCE:     Hold on let me see if she can use her itouch

LOGAN:     Alright awesome

8.     The UCE then portrayed being the 9 year old in the texting application:

UCE:     Hi this is Jenny

UCE:     U my dads friend

LOGAN:     Hi there Yes I am

LOGAN:     He told me about your little secret and it is very hot I love it  I wanted to ask you if you would be okay if I can lick your tight smooth pussy with your dad?

UCE:     Just lick or other stuff

LOGAN:     That's up to you I would love other stuff if you want too

UCE:     What kind of stuff

UCE:     I don't like kissing on lips

LOGAN:     Maybe put my cock in your tight ass and the rio in ur pussy?

LOGAN:     Okay, that's fine no kissing

UCE:     Will it hurt

LOGAN:     It won't no I will bring lube and it'll go in a lot easier  It'll be like its with your dad

UCE:     My dad is nice to me

3

UCE:        Lube?

LOGAN:      I'm sure he is jenny  And yes it's a liquid thing that I can put on ur ass and in

            ur pussy as well on my cock and it's really slippery so it goes in a lot easier

            and hurts less.

UCE:        Sounds kinda weird but I think my dad has that stuff

UCE:        If it does no hurt

LOGAN:      I think yea I already told him about it

9.      The UCE continued to text with LOGAN portraying to be a 9 year old girl.  LOGAN

continued to describe the sex acts he wanted to participate in with the juvenile.  The UCE told

LOGAN that her dad usually gives her a present for engaging in such activity with him. LOGAN

then asked the juvenile what type of present she would like and she told him that she liked stuffed

animals and iTunes gift cards. LOGAN promised to bring stuffed animals for her.

10.      The UCE then began chatting with LOGAN portraying himself again as the father of

Jenny, the 9 year old girl.

UCE:        Hey friend

UCE:        What did she say.  She deleted it lol

LOGAN:      Lol She's cool with it and wants to have fun I'll have to buy her some stuffed

animals and I can eat her out and have all 3 holes

LOGAN:      Fucking can't wait lol

11.      The UCE and LOGAN continued to text about meeting up in person so LOGAN

could engage in sex acts with the purported 9 year old.  The UCE advised LOGAN that he would get

a hotel room.  The UCE also told LOGAN that he would have to wear a condom.  LOGAN pleaded

with the UCE to not have to wear a condom:

UCE:        You have to wear a condom though

LOGAN:       Dam alright Even if I'm totally clean?  I have a gf fiancé now  Would love to feel how her pussy feels  What about if you trust me and we both have a good time can I go raw in her? If u both like we can do this as much as possible

UCE:         Bring a condom and I will see how I feel

12.    The UCE and LOGAN discussed LOGAN's interest in filming the sexual encounter.

LOGAN:       Can you film it and send me a copy after?  I'll need to jerk off to that so bad after lol  Not everyday I fuck a 9y lol  Of course it won't be anywhere I don't want to be in jail lol  It's just for me

UCE:         Let me think about that one

UCE:         If that got out oh shit

LOGAN:       Trust me it won't lol  Because I'm in the vid I'll be the one in most trouble so no worries it's not going anywhere

LOGAN:       I just really want to jerk off to it after Even I I'll see her couple times she's not at ur house all the time  So want to have a good souvenir lol

UCE:         True. I need to think about it. Never done that

LOGAN:       Alright man  Just take my phone or yours and film her suck my cock and me eating her out and fucking her  You can keep it of course it's your daughter.

13.    The UCE and LOGAN continued to plan a meeting for the following week.  At approximately 7:04 PM, LOGAN sent an image of a female's face and a close up of a female genitalia region.  LOGAN indicated that the photos depicted a 12 year old he had sex with in the past. LOGAN also sent two additional photographs of a black female standing by a couch. LOGAN indicated that the photos depicted an 11 year old female he also had sexual intercourse with in the past.

14.    The UCE and LOGAN continued to exchange text conversations about keeping the secret and not telling anyone. LOGAN also asked the UCE if he could stay all night with the UCE and his daughter in the hotel.

15.    On August 25, 2016 and August 26, 2016, the UCE and LOGAN continued to chat about meeting up and other sexual encounters with juveniles.

16.    On August 26, 2016, the UCE and LOGAN agree to meet at a hotel in Sunrise, Florida at 11:00 AM on Monday, August 29, 2016. The UCE told LOGAN that he would have Jenny, his 9 year old daughter, with him.

17.    On the morning of August 29, 2016, LOGAN confirmed the meeting place and time. At approximately 11:00 AM the UCE received a text from LOGAN that he was on his way to the prearranged hotel. LOGAN provided a description of what he would be wearing when he arrived. At approximately 11:06 AM an individual matching the description LOGAN provided exited a vehicle and walked into the hotel lobby and sat at a table. The UCE then received a text message from LOGAN that he was in the hotel and was sitting at a table. LOGAN was approached by law enforcement and placed under arrest.

18.    LOGAN was read his Miranda rights and he agreed to speak with law enforcement. LOGAN was identified as JOSHUA ASSERAF. ASSERAF stated he had been communicating with a dad who had a 9 year old daughter. ASSERAF admitted to using the same screen name LOGAN that was previously identified as communicating with the UCE. ASSERAF admitted to texting the 9 year old's father about having sex with the juvenile while the father watched. ASSERAF admitted to bringing two stuffed animals for the 9 year old as discussed in text conversation.

## **CONCLUSION**

23.     Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that ASSERAF did knowingly using a means of interstate or foreign commerce, persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years to engage in any sexual activity for which a person can be charged with a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).


_____
MATTHEW FOWLER,
Special Agent
Federal Bureau of Investigations


Sworn to and subscribed before me this _30_ day of August, 2016.


_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 16-6383-SNOW

### BOND RECOMMENDATION

DEFENDANT: _____ JOSHUA ASSERAF _____

_____ Pre-Trial Detention recommended _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
SAUSA: M. Catherine Koontz

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):     Matthew Fowler, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)