UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60234-CR-HURLEY/HOPKINS
18 U.S.C. § 2422 (b)

UNITED STATES OF AMERICA

v.

JOSHUA ASSERAF,

    Defendant.
_____/

FILED BY __DD__ Deputy Clerk
Sep 8, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. FORT LAUDERD/

## INDICTMENT

The Grand Jury charges that:

From on or about August 24, 2016, and continuing until on or about August 29, 2016, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**JOSHUA ASSERAF,**

using any facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
FOREPERSON

_[signature]_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_[signature]_
M. CATHERINE KOONTZ
SPECIAL ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE NO. _____

vs.
                                 **CERTIFICATE OF TRIAL ATTORNEY***

**JOSHUA ASSERAF,**
                    **Defendant.**
_____/  **Superseding Case Information:**

**Court Division**: (Select One)                New Defendant(s)  ____ Yes  ____ No
                                                Number of New Defendants ____
    Miami ____    Key West ____                 Total number of counts ____
    FTL   X       WPB ____    FTP ____

    I do hereby certify that:
    1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

    2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

    3.   Interpreter:    (Yes or No)    No
         List language and/or dialect   _____

    4.   This case will take    5    days for the parties to try.

    5.   Please check appropriate category and type of offense listed below:
         (Check only one)                       (Check only one)

    I    0 to 5 days      __X__               Petty    ____
    II   6 to 10 days     ____                Minor    ____
    III  11 to 20 days    ____                Misdem.  ____
    IV   21 to 60 days    ____                Felony   __X__
    V    61 days and over ____

    6.   Has this case been previously filed in this District Court?    ____ (Yes or No)
    If yes:
    Judge: _____    Case No. _____
           (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    Yes  (Yes or No)
    If yes:
    Magistrate Case No.                16-mj-06383-LSS
    Related Miscellaneous numbers:     _____
    Defendant(s) in federal custody as of    08/29/2016
    Defendant(s) in state custody as of      _____
    Rule 20 from the District of             _____

    Is this a potential death penalty case?    ____ (Yes or No)

    7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes    X  No

    8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes    X  No

                                        _____
                                        CATHERINE KOONTZ
                                        ASSISTANT UNITED STATES ATTORNEY
                                        Court Number A5501929

Penalty Sheet(s) attached                                        REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: JOSHUA ASSERAF            Case No: _____

Counts: 1

Enticement of a Minor

18 U.S.C. § 2422(b)

**\*Max. Penalty:** Life imprisonment with a minimum mandatory term of ten (10) years' imprisonment; $250,000 fine; and a life term of supervised release with a minimum term of 5 years of supervised release.

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

Count:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.