UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60234-CR-HURLEY/HOPKINS

UNITED STATES OF AMERICA,

v.

JOSHUA ASSERAF,

      Defendant.
_____/

### FACTUAL PROFFER

The United States of America and **JOSHUA ASSERAF** ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

On August 24, 2016, a law enforcement officer acting in an undercover capacity as an undercover employee (Hereinafter referred to as "UCE") posted an advertisement on a public messaging board seeking to identify individuals seeking children for sexual purposes. The advertisement listed a texting application with a user name for the UCE so that individuals could contact the UCE.

On August 24, 2015, at approximately 2:47 PM, the UCE received a message on the texting application that an individual had read his Ad. The message was from user name "Soflo_finest" and the texting application displayed the user as "Logan S".

1

The UCE and user "Logan S" (hereinafter referred to as "LOGAN") began exchanging text messages using the texting application. They discussed the UCE having a fictitious daughter that was 9 years of age. They also had conversations about how the UCE was sexually active with his daughter and had been since she was 2 years of age. LOGAN inquired if the UCE ever shared his daughter with anyone else. LOGAN expressed an interest in meeting up to engage in sexual activities with the UCE's daughter. LOGAN detailed to the UCE the sexual acts he would like to perform with the UCE's daughter.

At the suggestion of the UCE, LOGAN also texted with the fictitious 9-year-old and told her of the sexual acts that he wanted to perform on her. LOGAN agreed on the day they met he would bring the minor stuffed animals to encourage her to engage in the sexual acts with him. The UCE and LOGAN agree to meet at a hotel in Sunrise, Florida on August 29, 2016. The UCE told LOGAN that he would have Jenny, his 9-year-old daughter, with him.

On the morning of August 29, 2016, LOGAN confirmed the meeting place and time. At approximately 11:00 AM the UCE received a text from LOGAN that he was on his way to the prearranged hotel. LOGAN provided a description of what he would be wearing when he arrived. At approximately 11:06 AM an individual matching the description LOGAN provided exited a vehicle and walked into the hotel lobby and sat at a table. The UCE then received a text message from LOGAN that he was in the hotel and was sitting at a table. LOGAN was approached by law enforcement and placed under arrest.

LOGAN was read his Miranda rights and he agreed to speak with law enforcement. LOGAN was identified as JOSHUA ASSERAF. ASSERAF stated he had been communicating with a dad who had a 9-year-old daughter. ASSERAF admitted to using the same screen name LOGAN that was previously identified as communicating with the UCE. ASSERAF admitted to texting the 9-year old's father about having sex with the juvenile while the father watched. ASSERAF admitted to bringing two stuffed animals for the 9-year-old as discussed in text conversation.

The foregoing events occurred in Broward County, in the Southern District of Florida. This factual proffer is not intended as a complete recitation of the Defendant=s activities in this case. It is submitted solely to provide a factual basis for the Defendant's guilty plea.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 12/12/16   By: _____
M. CATHERINE KOONTZ
SPECIAL ASSISTANT UNITED STATES ATTY

Date: 12/12/16   By: _____
Teresa Williams
ATTORNEY FOR JOSHUA ASSERAF

Date: 12/12/16   By: _____
JOSHUA ASSERAF
DEFENDANT